No. 81–700.   LOESCH ET AL. *v.* UNITED STATES.   Ct. Cl. Certiorari denied.

No. 81–704.   MISKINIS *v.* CALIFORNIA.   Ct. App. Cal., 2d App. Dist.   Certiorari denied.

No. 81–707.   MILLER *v.* NEW JERSEY.   Sup. Ct. N. J. Certiorari denied.

No. 81–710.   SCHLESINGER *v.* SCHLESINGER.   Ct. Sp. App. Md.   Certiorari denied.

No. 81–713.   JAMES MCHUGH CONSTRUCTION CO. *v.* COMPTROLLER OF THE TREASURY, RETAIL SALES TAX DIVISION, FOR THE STATE OF MARYLAND.   Ct. App. Md.   Certiorari denied.

No. 81–716.   AMERICAN FEDERATION OF TELEVISION & RADIO ARTISTS, CLEVELAND LOCAL, AFL–CIO *v.* STORER BROADCASTING CO.   C. A. 6th Cir.   Certiorari denied.

No. 81–719.   MAPLE PROPERTIES *v.* SUPERIOR COURT OF LOS ANGELES COUNTY (HARRIS ET AL., REAL PARTIES IN INTEREST).   Sup. Ct. Cal.   Certiorari denied.

No. 81–720.   CLEVELAND *v.* NOLAND ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 81–724.   ALYESKA PIPELINE SERVICE CO. *v.* ANDERSON ET AL.   Sup. Ct. Alaska.   Certiorari denied.

No. 81–728.   PRICE BROTHERS CO. *v.* PHILADELPHIA GEAR CORP.   C. A. 6th Cir.   Certiorari denied.

No. 81–739.   SIMPSON *v.* KANSAS.   Sup. Ct. Kan.   Certiorari denied.